UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No. 12-cr-141-01-SM

<u>Terrance Sleweon</u>,
    Defendant

<u>O R D E R</u>

Defendant Sleweon's motion to continue the final pretrial conference and trial until on or after April 8, 2013, is granted (document no. 16). Trial has been rescheduled for the month of April 2013. Defendant Sleweon shall file a waiver of speedy trial rights not later than January 28, 2013.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference is rescheduled for April 5, 2013 at 2:00 p.m.

    Jury selection will take place on April 16, 2013 at 9:30 a.m.

SO ORDERED.

Date: January 17, 2013

/s/ Steven J. McAuliffe
U.S. District Judge

cc:   Bjorn Lange, Esq.
      Terry Ollila, AUSA
      U.S. Marshal
      U.S. Probation